COURT OF 
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-04-115-CV
  
  
IN 
THE MATTER OF M.S.                                                       APPELLANT
  
  
  
------------
FROM 
THE 323RD DISTRICT COURT OF TARRANT COUNTY
------------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered “Appellant’s Motion To Dismiss Appeal.”  It is the 
court's opinion that the motion should be granted; therefore, we dismiss the 
appeal.  See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
   
   
                                                                  PER 
CURIAM
  
  
  
PANEL 
D:   WALKER, J.; CAYCE, C.J.; and MCCOY, J.
 
DELIVERED: 
November 12, 2004

 
NOTES
1.  
See Tex. R. App. P. 47.4.